**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-24903-RNS

CARLOS BRITO,

      Plaintiff,

v.

JUNE 18 PROPERTIES, LLC;
MONOPOLI REY, LLC d/b/a THE FOOD
TRUCK STORE and LA DELFINA
GROUP LLC d/b/a LOS PILARES MIAMI,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, JUNE 18 PROPERTIES, LLC, hereby advise

the Court that the parties have reached an agreement to settle the instant case. The Parties will file

a Stipulation dismissing this Action with prejudice no later than thirty (30) days from the date of

this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set

dates and deadlines in this case as to Defendant, JUNE 18 PROPERTIES, LLC, only.

Respectfully submitted this February 18, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* | *By: /s/ Steven W. Davis* |
| RAMON J. DIEGO | STEVEN W. DAVIS |
| Florida Bar No. 689203 | Florida Bar No.: 347442 |
| **THE LAW OFFICE OF RAMON** | NICHOLAS LASHBROOK |
| **J. DIEGO, P.A.** | Florida Bar No.: 11038924 |
| 5001 SW 74th Court, Suite 103 | **HABER LAW, LLP** |
| Miami, FL 33155 | 251 NW 23rd Street |
| Telephone: (305) 350-3103 | Miami, Florida 33127 |
| Email: ramon@rjdiegolaw.com | Telephone: (305) 379-2400 |
| *Counsel for Plaintiff* | Emails: sdavis@haber.law; |
| | nlashbrook@haber.law. |
| | *Counsel for Defendant, June 18 Properties,* |
| | *LLC* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this February 18, 2025.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com


By: _/s/ Ramon J. Diego_____
     RAMON J. DIEGO